IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| DEREK MORTLAND, ) | CASE NO. 5:21-CV-00154 |
| ) | |
| Plaintiff, ) | JUDGE TILMAN E. SELF, III |
| ) | |
| vs. ) | |
| ) | |
| RIVER CHASE HOSPITALITY, LLC, ) | |
| ) | |

## ORDER GRANTING DEFAULT JUDGMENT

THIS CAUSE having come on to be heard before me on Plaintiff's Motion for Default Judgment, after the Clerk's Entry of Default, in accordance with Federal Rule of Civil Procedure 55(b)(2), and the Court being fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Default Judgment is GRANTED, as Defendant River Chase Hospitality, LLC ("Defendant") is found to be in violation of Title III of the Americans with Disability Act by denying Plaintiff, as well as other individuals similarly situated, equal accommodation to its place of public accommodation;

2. Defendant doing business as Hampton Inn & Suites by Hilton, located at 3954 River Place Drive in Macon, Georgia, is hereby ORDERED to become compliant with Title III of the Americans with Disability Act by modifying and/or replacing any and all deficiencies to its place of public accommodation within 6 months from the date of this Order as specified in Plaintiff's Complaint, as well as Plaintiff's Exhibit 1 - Plaintiff's

1

Affidavit and Exhibit 3 - Plaintiff's Site Accessibility Evaluation, to his Motion for Default Judgment;

3. Further, Defendant shall immediately pay Plaintiff his litigation expenses, including attorney fees, costs, expenses, and expert expenses, in the amount of $6,897.25, as prevailing party in this matter;

4. Defendant shall also pay any additional attorney fees for time, costs or expenses required of Plaintiff to enforce this Order;

5. This Court retains jurisdiction to effectuate the contents of this Order.

DONE AND ORDERED in Chambers, on this ___16___ day of ___Nov___, 2021.

_____
JUDGE TILMAN E. SELF, III
U.S. District Judge
Middle District of Georgia